

FILED
2021 Apr-29 PM 02:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: 250075

Travis Sentel Pickens

(Enter above the full name of the plaintiff in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Warden Toney, Warden Streeter, Captain Smith, Captain Pickens, Lt Caldwell, Lt Cody, Lt Whitfield, Sgt Howell, Sgt Beatte, Sgt Smith, C.O. Neve, C.O. Lieber, C.O. Andrews, C.O. McMahon, C.O. Weller, C.O. Roggensick

(Enter above full name(s) of the defendant(s) in this action)

I.  Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( )   No (X)

   B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff: _____

         Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement  Limestone Correctional Facility

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )     No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?     Yes ( )     No ( )

C. If your answer is YES:

1. What steps did you take?  I was refused a 208 formal complaint so I write complaints to the wardens, Captains, Lt's and stg's here.

2. What was the result?  They did nothing the assaults and harassment kept going on.

D. If your answer is NO, explain why not: _____

3

III.   Parties.
In item (A) below, place your name in the first blank and place your present address in the second blank.

A.   Name of Plaintiff(s) Travis Sentel Pickens

Address Limestone Correctional Facility 28779 Nick Davis Rd
Harvest, Al 35749

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B.   Defendant Deborah Toney

Is employed as Warden III

at Limestone Correctional Facility

C.   Additional Defendants Warden Streeter, Captain Smith, Captain Pickens
Lt. Cody, Lt. Coldwell, Lt. Whitfield, Stg. Howell, Stg. Beate, Stg. Smith,
C.O. Neve, C.O. Lieber, C.O. Andrews, C.O. McMahan, C.O. Weller and C.O.
Roggensack are all employed at Limestone Correctional Facility.

IV.   Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

See attached sheets for claims 1-5.

4

V.  RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I want $5,000 for each claim. I want the wardens, captains Lt's and stg's demoted for failure to protect. And I want the C.o's fired for there behavior an so they will never be able to do the things they did to me to other inmates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2021

_____ Pickens _____
SIGNATURE

ADDRESS Limestone Correctional Facility
28779 Nick Davis RD Harvest Al, 35749

AIS # 250075

Claim #1. On February 15, 2021 I was in Seg. Cell C-61 I kicked my door in order to get C.O. Lieber's attention for the 2nd time that morning to ask him was he going to bring me a matt, bedroll and toilit paper. I had been in that seg cell since February 14th at 9:00 A.m. when he refused to bring me a matt, bedroll and toilit paper. I told him I was Suicidal, at this time he sprayed me with pepper spray and slamed my food trap closed. 20 mins later I kicked the door again an told him that I wanted to get a body chart an see a Supervisor and that I was still Suicidal. C.O. Lieber pepper sprayed me again. 10 mins later C.O. Neve came to excort me to Medical. While he was taken me outside he grab me by the back of my neck an rammed my head into the wall 2 times. When we got to medical I reported this to LT. Whitfield, Sty Howell and I reported this in writing to Warden Toney, Warden Streeter, Captain Smith, Captain Pickens, and LT. Coldwell. I asked to be moved from C-dorm because I feared for my life. I was never moved and nothing was done. I was refused a 208 formal complaint form. The CO's used excessful force and the wardens, Captains, LT's and stg failed to protect me. A body chart was done and pic's where taken. I also reported this to Mental health supervisor Mr. Bell in writeing.

Claim #2. On February 20, 2021 I was in Seg C-61 at 6:15 A.m while C.O Roggensack was doing count and cell cheak. I informed him that I was having bad chest pains an that I needed medical attention. I told him I had been stabbed with an Ice pick in the chest and showed him the wound. He said he would get help. I was in so much pain that I passed out. I woke up at 10:30 A.M. an began kicking on the door to get help. C.O. McMahan came to my door I told him I had passed out an when was I going to medical C.O McMahan stated when he got ready to take me. I said if I was white you would have been taken me. C.O McMahan stated since you said that your not going at all. I asked him to see a Supervisor he refused to let me see a Supervisor. I told him I felt like I was having a heart attack. He told me to die slammed my window flap an walked off. At this time I lit the roll of tissue in my cell on fire to create smoke in order to get the attention of a Supervisor because I felt like I was about to die. After the cell filled with smoke I threw the roll of tissue in the toilit an flushed it. At this time CO. Weller,

C.O. McMahan and C.O Roggensack. Came to my cell with a water hose instead of a Fire exsingluher. which there are 3 of them in the dorm. I stated to them that I was only trying to get the attention of a superviser theres no fire in my cell at this time, I was sprayed in the face with water from the hose then as I tryed to move away from the hose C.O McMahan chased me around my cell spraying me with the water hose. I was then Handcuffed with belly chains and leg Iorns so thigth that they cut into my wrist and ankels. I was then taken outside in the snow an put in a walk cage soaking wet for hours I asked C.O. Weller 4 or 5 tims could I please use the bathroom. He refused to let me use the bathroom and I was Forced to urinate on myself. When I was taken to Medical I reported this to Stg Beate and Stg Smith I also reported this in writing to Warden Toney, Warden Streeter, Captain Smith, Captain Pickens, LT. Coldwell and Mental health supervisor Mr. Bell. The CO's used excessful force and crule and unuseal punsihment. The warden's, captain's, Lt and stg's failed to protect me once again. I had already asked to be moved from C-dorm because I feard for my life and co's where writing fake disciplinarys on me. A body chart was done but no pics where taken. I was refused a 208 formal complaint form.

Claim #3. On March 5, 2021 I was in seg C-58 inmates where kicking on there doors because C.O Andrews and C.O Neve had started the showers on the wrong end. C.O Neve and Co Andrews had already came to my cell and told me not to kick the door or they were going to spray me. So I started my work out, while Co Andrews and Co Neve got inmates from the other end as soon as they got back to my end the inmates on my end started kicking on there doors. Even tho I wasn't kicking on my door. C.O Neve and C.O Andrews open my food trap an pepper sprayed me. After about 10 mins I asked to see a supervisor and to be taken to medical for a body cart. while being taken to medical by C.O Neve and C.O Andrews I was pepper sprayed again by C.O Neve he then made me get on my knees then kicked me in the back made me put my face in the dirt. Then told me I better stop reporting my complaints on him because no one cares. When we made it to Medical I reported this to Stg Pelzer. while in medical I was spitting pepper spray out my mouth and blowing it oot

my nose clearing my airways. C.O. Neve clotheslined me off the bench then choked me from behide until I blacked out. Other C.O's had to pull him off me I was still handcuffed behide my back. Then stated I tryed to spit on him. C.O. Shuntz and C.O. Cartier was working the medical cube, Stg Pelzer also seen this. An it should be on camrea, it happen between 8:00pm and 9:00pm March 5, 2021. I reported this in writing to Warden Toney, Warden Streeter, Captain Smith, Captain Pickens and Lt. Coldwell. I also wrote Mental health surpervisor Mr. Bell. The C.O's used excessful force. The wardens, captains, and Lt. once again failed to protect me. I had asked 2 times to be moved from C-dorm Seg because C.O Neve keeps assaulting me. An that I fear for my life when he works. Nothing was done an I was not moved. A body cart wasdone and pics where taken. I was refused a 208 formal complaint form.

Claim #4  On March 27, 2021 I was in Seg cell C-58 C.O's Neve and Lieber was excourting me and my cell mate Norman Evins Ais# 275007 to the shower after they put us in the shower. C.O. Neve and Lieber stood by my shower an started harassing me calling me a snicth and a pussy an sayin I don't do nothing but write the warden and the captains an tell on them. I told them if they will stop assaulting me and pepper spraying me I wouldn't have nothing to write the wardens and captains about. so leave me alean so I can take my shower. C.O. Neve stated your just a faggot and a snicth. C.O Lieber stated and you have a nice ass you got to be a prison sissy then they walked off an C.O. Neve screamed out loud as he could that Travis Pickens is a snicth. C-38 inmate Johnny Wilson and my cell mate Norman Evins heard everything. On the way back to my cell me and my cell mate Norman Evins Seen Stg. Howell in the cube. I stop to report what happen to Stg. Howell. While I'm ashing Stg. Howell can I speak with him. C.O. Neve snacthed me by my arm and forced me up the stairs an into my cell. when I turned around to be uncuffed from behide C.O. Neve took my cuffs off threw the food trap then push me forward on my buttocks my cell mate Norman Evins seen all of this. I reported this to the prea Lt Cody, Mr Dutton mental health and Lt Coldwell. I also reported this to Lt Cody in writing because he is the prea Lt. He never came an seen me so I was not

able to make a statement. But I made a statement on a request form and gave it to Mr. Dutton with mental health to make sure it got to Lt. Cody. I never seen anyone I was sexually harassed and sexually assauited by C.O. Neve and C.O. Lieber. I was refused a 208 formal complaint. I also reported this to Warden Toney, warden streeter, Captain Smith and Captain Pickens in writing.

Claim #5. I reported claims 1-4 to Warden Toney, Warden streeter, Captain Smith, Captain Pickens, Lt. Cody, Lt. Coldwell, Lt. Whitfield, Stg. Howell, Stg. Beate and Stg Smith. I told them in writing and verblly at seg board that I feard for my life in C-dorm because I was being harassed verbally, sexually and being assauited and sexually assauited by there staff in C-dorm Seg unit. I asked to be moved and also went to the crisis cell 2 times to try to get into another dorm also reported thisto the mental health Supervisor Mr Bell in writing and verbally. Nothing was ever done to help me. So they failed to protect me by do nothing to stop claims 1-4. They have camras all over so it should have be easy to see what was being done to me.

Travis S. Pickens AIS 250075 Bed C-76
Limestone Correctional Facility
28779 Nick Davis Rd
Harvest AL, 35749

BIRMINGHAM AL 350
27 APR 2021 PM 4

Clerk of the United States District Court for
Northen District of Alabama Room 140, Hugo
Black U.S. Courthouse, 1729 5th Avenue
Birmingham, Alabama 35203-2195

Legal Mail